NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1428, -1430, -1453

RAYMOND E. STAUFFER,

Plaintiff-Appellant,

v.

BROOKS BROTHERS, INC.,
and RETAIL BRAND ALLIANCE, INC.,

Defendants-Appellees,

v.

UNITED STATES,

Movant-Cross-Appellant.

Appeal from the United States District Court for the Southern District of New York in 08-CV-10369, Judge Sidney H. Stein.

ON MOTION

Before LINN, Circuit Judge.

ORDER

Upon consideration of Black & Decker, Inc. and Allway Tools, Inc.'s motion for leave to file a brief amicus curiae and for leave to file the brief out of time,

IT IS ORDERED THAT:

The motion is granted.

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 5 2010

JAN HORBALY
CLERK

FOR THE COURT

MAR 2 5 2010
Date

_/s/ Jan Horbaly_____
Jan Horbaly
Clerk

cc:    Bryan P. Collins, Esq.
Raymond E. Stauffer, Esq.
Stephen L. Baker, Esq.
Douglas N. Letter, Esq.
M. Miller Baker, Esq.

s19